FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP -7 AM 11:45
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**CLODILE ROMERO, JR., Individually and On Behalf of All Others Similarly Situated,**

**Plaintiff,**

**Vs.**

**US UNWIRED, INC., et al.**

**Defendants.**

**Civil Action No. 04-2312**

**SECTION I/5**

---

# ORDER

---

Considering the foregoing,

**IT IS ORDERED** that the Court will clarify its August 11, 2006 Order to address the nature of the dismissal of USU;

Deny as ex parte

**IT IS FURTHER ORDERED** that the Lead Plaintiff has thirty (30) days from the date the Court clarifies the August 11, 2006 Order to file a third amended complaint.

New Orleans, Louisiana, this 7 day of Sept, 2006.

JUDGE LANCE AFRICK
~~MAGISTRATE JUDGE ALMA CHASEZ~~

___ Fee________
___ Process________
X Dktd________
✓ CtRmDep________
___ Doc. No________