FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP 11 PM 4:12
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLODILE ROMERO, JR., Individually and On Behalf of All Others Similarly Situated, Plaintiff, | Civil Action No. 04-2312 |
| vs. | SECTION: I/5 |
| US UNWIRED, INC., et al., Defendants. | |

**RENEWED MOTION FOR CLARIFICATION AND**
**INCORPORATED MEMORANDUM IN SUPPORT**

Lead Plaintiff Billy Lormand ("Lead Plaintiff") respectfully moves for clarification of the Court's August 11, 2006 Order (the "Order") granting the motions to dismiss filed by defendant US Unwired, Inc. ("USU") and defendants William L. Henning, Jr., Robert W. Piper and Jerry E. Vaughn (the "Individual Defendants"), and states as follows:

1. On August 11, 2006, the Court entered an Order dismissing Lead Plaintiff's Second Amended Complaint (the "SAC"), finding that certain statements were protected by the PSLRA's safe harbor for forward looking statements and that Lead Plaintiff failed to sufficiently allege loss causation.[1]

[1] The Court also dismissed the "derivative" complaint filed by plaintiff Don Feyler for lack of standing.



___ Fee___
___ Process___
X Dktd___
___ CtRmDep___
___ Doc. No___

2. At the conclusion of the Order, the Court expressly stated that, as to the Individual Defendants, the SAC is "DISMISSED WITHOUT PREJUDICE." However, as to USU, the Court simply held that USU's motion to dismiss the SAC is "GRANTED," but was silent on whether the dismissal is without prejudice.

3. Nowhere in the Order did the Court draw a distinction between the Individual Defendants and USU, which suggests that the omission of the language "DISMISSED WITHOUT PREJUDICE" was unintentional but, in an abundance of caution, Lead Plaintiff files this motion seeking to clarify the nature of USU's dismissal.

4. The Order is the first time the Court has addressed the merits of Lead Plaintiff's claims. Lead Plaintiff believes that the filing of another amended complaint will address the issues raised by the Court in the Order. For example, Lead Plaintiff intends to supplement the allegations in the SAC to amply demonstrate that the statements contained in ¶¶108-110 and 113-14 are not protected by the PSLRA's safe harbor because USU and the Individual Defendants knowingly omitted material information about the Company's operations. In addition, Lead Plaintiff will include additional allegations further drawing a direct causal link between the losses sustained by USU shareholders and the disclosure of previously concealed information concerning USU's relationship with Sprint PCS.

5. With respect to the Individual Defendants, although the Court explicitly dismissed the claims against the Individual Defendants without prejudice, there was no timeframe provided therein within which Lead Plaintiff may file a third amended complaint. To that end, Lead Plaintiff requests that the Court grant Lead Plaintiff 30 days from the resolution of this motion within which to file a third amended complaint against all defendants.

WHEREFORE, for the reasons set forth herein, Lead Plaintiff respectfully requests that the Court clarify its August 11, 2006 Order: (1) to address the nature of the dismissal of USU; and (2) to provide a 30 day time period within which Lead Plaintiff can file a third amended complaint.

DATED: September 11th, 2006

LAW OFFICE OF PATRICK H. YANCEY, APLC
PATRICK H. YANCEY (23,381)

PATRICK H. YANCEY (23381)

761 West Tunnel Boulevard, Suite C
Houma, LA 70360
Telephone: 985/853-0904
985/853-0992 (fax)

Liaison Counsel

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
PAUL J. GELLER
JACK REISE
DOUGLAS WILENS
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

Lead Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been delivered to counsel for defendants and plaintiffs herein by facsimile and by depositing a copy of same in the United States mail, first class postage prepaid, this 11th day of September, 2006 at the last known address of records.

PATRICK H. YANCEY

**COUNSEL FOR DEFENDANTS**

Walter B. Stuart
Vinson & Elkins L.L.P.
666 Fifth Avenue, 26th Floor
New York, New York 10103-0040
212/237-0000
212/237-0100 (Fax)

N. Scott Fletcher
Michael C. Holmes
Vinson & Elkins, L.L.P.
2300 First City tower
1001 Fannin Street
Houston, Texas 77002-6760
713/758-2222
713/758-2346 (Fax)

James R. Swanson
Loretta G. Mince
Correro Fishman Haygood Phelps
Walmsley & Casteix, L.L.P.
7389 Florida Boulevard, Ste 200-C
Baton Rouge, LA 70806
Phone: 888-505-3597
Fax: 225-214-5015

Thomas Flanagan
W. Raley Alford, III
Stanley, Flanagan & Reuters, l.l.c.
909 Poydras Street – Suite 2500
New Orleans, LA 70112
Phone: (504) 523-1580
Fax: (504) 524 0069

**COUNSEL FOR PLAINTIFFS**

Jack G. Fruchter
Abraham, Fruchter & Twersky
One Pennsylvania Plaza, Suite 2805
New York, New York 10119
212/279-5050
212/279-3655 (Fax)

Lewis S. Kahn
Kahn Gauthier Law Group, LLC
650 Poydras Street
Suite 2150
New Orleans, LA 70130
504/455-1400
504/455-1498 (Fax)