MINUTE ENTRY
AFRICK, J.
January 14, 2011

JS10 - 00:46

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLODILE ROMERO, JR., et al | CIVIL ACTION |
| VERSUS | NUMBER: 04-2312 c/w  04-2436<br>**REF:   BOTH CASES** |
| US UNWIRED, INC., et al | SECTION:   I |

COURTROOM DEPUTY:  Pat Scherer
COURT RECORDER:  Toni Tusa

**Lead plaintiff's motion for final approval of class action settlement, approval of plan of allocation of settlement proceeds (Rec. Doc. No. 198)**

**Lead counsel's motion for award of attorneys' fees and reimbursement of expenses (Rec. Doc. No. 199)**

APPEARANCES:    Jack Reise and Andrew A. Lemmon, Counsel for plaintiff
N. Scott Fletcher, Counsel for defendants

**ORDERED** that plaintiff's motions to certify the settlement class, approve the settlement and approve the allocation plan are **GRANTED**.
**ORDERED** that lead counsel's motion for attorneys fees and costs is **GRANTED IN PART AND DENIED IN PART.**  The Court awards class counsel $357,674.03 in expenses.  The Court awards a total fee of $1,681,618.67 or 18% of the settlement fund after expenses are deducted.
**ORDERED** that lead plaintiff is awarded $4,000.
Court adjourned.